NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANNETTE CANTALUPO,                   )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No.  2D16-363
                                     )
THE ISLAND WATER ASSOCIATION,        )
INC., and LEE COUNTY DEPARTMENT      )
OF TRANSPORTATION,                   )
                                     )
          Appellees.                 )
_____)

Opinion filed April 19, 2017.

Appeal from the Circuit Court for Lee County;
Elizabeth V. Krier, Judge.

Jason W. Gelinas of Morgan & Morgan,
Fort Myers, for Appellant Annette
Cantalupo.

Michael R. D'Lugo of Wicker, Smith,
O'Hara, McCoy & Ford, P.A., Orlando, for
Appellee The Island Water Association, Inc.

No appearance for Appellee Lee County
Department of Transportation.


SILBERMAN, Judge.

          In this negligence action, Annette Cantalupo appeals a final summary

judgment in favor of The Island Water Association, Inc., in which the trial court

determined that Island Water did not have a legal duty to repair the county road around its water valve or warn the public.  Cantalupo is also challenging the trial court's ruling to exclude evidence of subsequent remedial measures.  Lee County Department of Transportation is challenging this same summary judgment and order excluding evidence in a related appeal and raises the same issues that Cantalupo raises in this appeal.  For the reasons expressed in our opinion in Lee County Department of Transportation v. Island Water Ass'n, No. 2D16-234 (Fla. 2d DCA April 19, 2017), we reverse and remand for further proceedings.

Reversed and remanded.


KELLY and WALLACE, JJ., Concur.